U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 11 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN M. HUNTER | CIVIL ACTION NO. 06-1529-A |
| VS. | SECTION P |
| FREDRICK MENIFEE | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that this petition for an Emergency Injunction be **DENIED AND DISMISSED WITH PREJUDICE** since it plainly appears from the face of the petition that the petitioner has failed to state a claim and is otherwise not entitled to relief.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this 10th day of October, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE